**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NICOLE HINCKLEY** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:25-CV-00596-DPJ-ASH**

**CITY OF BRANDON, MISSISSIPPI** **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant the City of Brandon, Mississippi (the "City" or "Defendant") respectfully requests an extension of time to file its reply brief in support of its Motion to Dismiss.

1. Defendant filed its Motion to Dismiss on October 8, 2025. Doc. No. 17.

2. Plaintiff filed her response to Defendant's motion on October 23, 2025. Doc. No. 22. Defendant's reply is therefore due on October 30, 2025.

3. Due to outstanding obligations, Defendant requests a seven (7) day extension, up to and through November 6, 2025, to file its reply brief in support of its Motion to Dismiss.

5. This unopposed motion is not being made for purposes of delay but, rather, is needed to allow Defendant time to properly reply to Plaintiff's response.

6. Undersigned counsel has contacted Plaintiff's counsel regarding the requested extension, and the request is unopposed.

7. Given the nature of this motion, Defendant requests that the Court waive any requirement of a separate memorandum in support.

For these reasons, Defendant requests an extension of time, up to and through November 6, 2025, to file its reply brief in support of motion for judgment on the pleadings.

Dated: October 24, 2025.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Mallory K. Bland*

G. Todd Butler, MB #102907
Mallory K. Bland, MB #105665
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220
Post Office Box 320159
Flowood, Mississippi 39236-0159
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: todd.butler@phelps.com
Mallory.bland@phelps.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I, Mallory K. Bland, certify that I had this *UNOPPOSED MOTION* electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to counsel of record.

SO CERTIFIED, this the 24th day of October, 2025.

*/s/ Mallory K. Bland*
Mallory K. Bland