**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**NICOLE HINCKLEY**                                                              **PLAINTIFF**

**V.**                                                          **CASE NO: 3:25-CV-596-DPJ-ASH**

**CITY OF BRANDON, MISSISSIPPI**                                     **DEFENDANT**

**NOTICE OF SERVICE OF DISCOVERY**

**TO:    All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

*Defendant the City of Brandon's Objections and Responses to Plaintiff's Requests for Admissions.*

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

March 20, 2026                                    /s/ Mallory K. Bland
        Date                                          Signature

                                                 Mallory K. Bland MB #105665
                                                 Typed Name & Bar Number

                                                 Attorney For: Defendant, the City of
                                                 Brandon

                                                   PHELPS DUNBAR LLP
                                                   G. Todd Butler, MB #105665
                                                   Mallory K. Bland, MB #105665
                                                   1905 Community Bank Way, Suite 200
                                                   Flowood, Mississippi 39232
                                                   P.O. Box 320159
                                                   Flowood, Mississippi 39232-0159
                                                   Telephone: 601-352-2300
                                                   Telecopier: 601-360-9777
                                                   Email: todd.butler@phelps.com
                                                   Email: mallory.bland@phelps.com
                                                   **ATTORNEYS FOR THE CITY OF**
                                                   **BRANDON**

PD.61171076.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this date I electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

This the 20th day of March, 2026.

*s/ Mallory K. Bland*
Mallory K. Bland

PD.61171076.1